IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ] | 12-B-46655 |
| Symphony Transport, Inc. | ] | |
|    d/b/a Big R Transport | ] | chapter 11 |
| | ] | |
|    Debtor | ] | Judge Jack B. Schmetterer |

**To: The attached list**

**PLEASE TAKE NOTICE, that on the 23rd day of September 2013, at the hour of 10:30AM** I shall appear before the honorable Judge Schmetterer, in courtroom 682 usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Application of Mitchell Elliot Jones, attorney for the debtor, for the Allowance of Compensation and the Reimbursement of Expenses** A copy of which is annexed hereto.

### CERTIFICATE OF SERVICE

I, Mitchell Elliot Jones, an attorney, state that I caused a copy of the attached **Application for the Allowance of Compensation and the Reimbursement of Expenses**, to be served on the attached list by first class mail or as noted on Friday August 23, 2013.



Mitchell Elliot Jones
Jones Law Offices
1236 Chicago Avenue, #302
Evanston, Illinois 60202
(312) 282-7849
ARDC Atty# 3126182

Trans-Chicago Truck Group
776 N. York Rd
Elmhurst, Il 60126

Patten
635 W. Lake St
Elmhurst, Il 60126
Veolia
4612 W. Lake St
Melrose Park, Il 60160

Illinois Tollway Authority
C/O Arnold Scott Harris, PC
222 Merchandise Mart Plaza
Suite 1932
Chicago, Il 60656

APEX Capital LP*[1]
6000 Western Place
Suite 1000
Fort Worth, TX 76107
Dean.tetitick@apexcapitalcorp.com

Wingfoot Commercial Tire*
Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614
hwibankruptcy@hunterwarfield.com

I-55 Trailer Services Inc*
Eugene J. Rudnik, Jr.
Kemp & Grzelakowski, Ltd.
1900 Spring Road, Suite 500
Oak Brook, IL 60523


Douglas, Knight & Assoc
C/O Grange Insurance
PO B 10517
Bradenton, Fl 34282

Transportation Personnel Services, Inc.
1000 Jorie Boulevard
Oakbrook, Illinois 60523

High PSI Ltd
75 N. Brandon Dr
Glendale Heights, Il 60139

NTS Trailer Services
13333 Main St
Lemont, Il 60439

Convergent Commercial
C/O Fleetmatics
925 Westchester Ave
Suite 101
White Plains, NY 10604

Compass Leasing, LLC*
c/o Bishop & Laforte
Two TransAm Dr
Oakbrook Terrace, Il 60181
GlaForteJr@bishoplaforte.com

Illinois Tollway Authority
C/O Arnold Scot Harris, PC
222 merchandise Mart Plaza
Chicago, Il 60654

Rory Neill
Neill Cartage
5400 Proviso Dr
Berkerley, Il 60163

Emjay Trailer Sales and Leasing*
6600 W 51 St
Forest View, Il 60638
William Brejcha
<WDBREJCHA@scopelitis.com>

Illinois Dept of Revenue*
Bankruptcy Section
PO Box 64338
Chicago, Illinois 60664
Faith Dolgin <Faith.Dolgin@Illinois.gov>

---

[1] (*) By email

Illinois Dept of Employment Security*
Benefit Payment
Control Division
PO Box 4385
Chicago, Il 60680
"Prousis, Michael T."
<Michael.Prousis@Illinois.gov>

Dept of the Treasury
Internal Revenue Service
230 South Dearborn Street
Room 2600
M/S 5014CHI
Chicago, Illinois 60604

State of Illinois
Illinois Workers Compensation Commission
Insurance Compliance Department
100 West Randolph Street
Suite 8-200
Chicago, Illinois 60601

Robert Warren*
6424 W. Gunnison St
Harwood Heights, Il 60706
Robert Warren <bigrtransport@aol.com>

Douglas Morrison*
Morrison & Mix
120 N. LaSalle Street
Chicago, Il 60602
"Douglas Morrison, Esq."
<dkmorrison@morrisonandmix.com>

John Dose
36 Glen Echo Road
Elgin, Illinois 60120

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ] | 12-B-46655 |
| **Symphony Transport, Inc.** ] | |
|    d/b/a Big R Transport ] | chapter 11 |
| ] | |
| **Debtor** ] | Judge Jack B. Schmetterer |

### The First and Final Application for Compensation and Reimbursement of Expenses of Mitchell Elliot Jones

Now comes Mitchell Elliot Jones ('Applicant'), attorney for the debtor, and for his first and final application for compensation pursuant to 11 USC §330, Rule 2016 of the Rules of Bankruptcy Procedure, and local rule 5082-1, states:

### Introduction

The Debtor commenced its chapter 11 case on November 28, 2012, by the filing of a voluntary petition as a small business.

The Debtor is a small regional trucking and transportation company serving the Chicagoland area, that has on the road various trucks and trailers; some which it leases and some which it owns.

As the debtor is in a cash intensive business, i.e. the payment of gas, truck repair, and monthly truck lease payments, it factors its accounts receivable. Upon the commencement of the case, the debtor brought an emergency motion to continue its pre-petition accounts receivable factoring.

During the pendency of the case, the Office of the United States Trustee brought a motion to convert. However, the debtor successfully tendered its plan of reorganization; and an order confirming the plan of reorganization was entered on June 20, 2013.

### Narrative

On December 10, 2012, an order was entered authorizing the retention of Applicant as attorney for the debtor.

All professional services rendered were performed by Applicant. As stated in the applications seeking employment, Applicants usual and customary hourly rate is $345.00.

The total number of hours expended by Applicant for which he seeks compensation for professional legal services rendered is a total of 40.15, hours at $345.00, rendered in one (1) minute intervals of $5.75; for

the period October 2012 to and through September 23, 2013.; for a total of professional legal services of $13,851.75.

The total amount of expenses for which reimbursement is sought is $1,442.00.

All professional services rendered to the debtors, as attached, were actual and necessary services. Applicant is experienced in representing debtors in chapter 11 proceeding, and bankruptcy matters in general. Applicant is an attorney in good standing duly licensed to practice before the Supreme Court of the State of Illinois, this Court, and the trial bar.

### Summary of Professional Services Rendered[1]

a) Advising the debtor as to its duties and obligations under the provision of the Bankruptcy Code in general; and specifically, its duties as a debtor-in-possession under chapter 11; filing of petition. Time Expended: 4.0 Hours =$1,380.00.

b) Matters pertaining to Apex Capital (Secured Accounts Receivable Creditor). Time Expended: 4.35 Hours =$1,500.75

c) Advising the debtors in their preparation of their respective schedule of Assets and Liabilities, and Statement of Financial Affairs. Time Expended: 4.4 Hours = $1,518.00

d) Matters relating to the Office of the United States Trustee (motion to convert), representing the debtors at their respective §341 creditors meeting, and monthly operating reports. Time Expended: 6.15 Hours = $2,121.75

e) Matters pertaining to claims. Time Expended: 7.15 Hours = $2,466.75

f) Advising the debtors in the preparation of its Plan of Reorganization, and Disclosure Statement. Time Expended: 7.5 Hours =$2,587.50

g) Advising the debtors and attending to all other aspects of, and matters that arose during the chapter 11 case; including assumption of leases, and employment of professionals. Time Expended: 6.6 Hours =$2,277.00

### Total Compensation and Reimbursement of Expenses Sought

---

[1] Attached exhibits of time expended correspond to Summary of services rendered

Total compensation sought for this period is $13,851.75, consisting of 40.15 hours for legal services rendered at $345.00 per hour . Applicant previously received a retainer of $10,000.00.

Total reimbursement of expenses for this period is $1,442.00. Applicant previously received an expense retainer of $1,000.00.

The requested fees and expenses are sought to be both allowed and paid. The source of payment are the reorganized debtors as contemplated by Class '1' of the confirmed Plan of Reorganization which provides, in part, that Class '1' consists of all costs and expenses of administration of the case, and that all claims in Class 1 shall remain unaltered and not impaired by the Plan and shall be paid 100% of the allowed amount of such claim upon the effective date of the Plan, unless deferred by agreement of the parties.

A copy of the time records supporting this application for compensation and reimbursement of expenses are annexed hereto as  Exhibit 'A-H', as set forth above.

The debtor has reviewed a copy of this application.

Wherefore, Applicant, Mitchell Elliot Jones, prays for the entry of an order approving the compensation and reimbursement of expenses requested, and any and all other relief as this Court deems just.

                Respectfully submitted,

                /s/Mitchell Elliot Jones

Mitchell Elliot Jones
Jones Law Offices
1236 Chicago Avenue
Suite 302
Evanston, Illinois 60202
(312) 282-7849