IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | ]  12-B-46655 |
| **Symphony Transport, Inc.** | ] |
|    d/b/a Big R Transport | ]  chapter 11 |
| | ] |
| **Debtor** | ]  Judge Jack B. Schmetterer |

# FINAL DECREE and ORDER CLOSING CHAPTER 11 CASE

This matter coming on for hearing upon the debtor's motion for the entry of a final decree and to close the debtor's chapter 11 case; notice having been given; the Court finding that the case has been fully administered, the order confirming the plan of reorganization (the 'Plan') has become final, the debtor having commenced payments pursuant to the terms of the Plan, the deposit required by the Plan having been distributed, all payments have been made to the Office of the United States Trustee, and any contested matters and motions having been fully resolved; the Court having heard the statements of counsel, and being fully advised in the premises:

IT IS ORDERED:

A final decree hereby is entered, and the chapter 11 case of the above debtor is hereby closed.

September 23, 2013

Entered: _____

Bankruptcy Judge